# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-2014 JVS(KESx) | Date | March 1, 2019 |
| Title | Mark W Hill v Affinia Default Services, LLC | | |

Present: The Honorable    James V. Selna

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **April 1, 2019**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

  **X**    **Joint Rule 26(f) Scheduling Report (See Order at Docket No. 15)**

    **It is the plaintiff's responsibility** to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

    **The Court sets a hearing on this OSC for April 15, 2019 at 11:00 a.m.**

    **The Court ORDERS the Scheduling Conference CONTINUED to April 15, 2019 at 11:00 a.m.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | lmb | |